Argued and submitted July 19, reversed and remanded August 16,
petition for review denied October 31, 2006 (341 Or 579)

Dennis KAMBURY,
personal representative of the Estate of
Amy Beth Kambury,
*Appellant,*

*v.*

DAIMLERCHRYSLER CORPORATION,
a Delaware corporation, and
Northwest Jeep Eagle, Inc.,
an Oregon corporation,
*Respondents.*

0404-03567; A126393

140 P3d 1197

Robert K. Udziela argued the cause and filed the briefs for appellant.

Raymond M. Kethledge argued the cause for respondents. With him on the joint brief were Bush Seyferth Kethledge & Paige PLLC, Michigan, and Peter R. Chamberlain and Bodyfelt Mount Stroup & Chamberlain LLP.

Before Haselton, Presiding Judge, and Brewer, Chief Judge, and Wollheim, Judge.*

PER CURIAM

Reversed and remanded. *McFadden v. Dryvit Systems, Inc.*, 338 Or 528, 112 P3d 1191 (2005).

---

* Wollheim, J., *vice* Ceniceros, S. J.